**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON ANTONIO REECE,

                Plaintiff,                22 **CIVIL** 0674 (BCM)

    -against-                    **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2023, plaintiff's motion (Dkt. 21) is GRANTED, the Commissioner's motion (Dkt. 24) is DENIED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the analysis above. Accordingly, the case is closed.

**Dated:**  New York, New York
         September 26, 2023

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court

                          **BY:**
                                                      _____
                                                            **Deputy Clerk**